# District Court Of Appeal Of Florida
## Second District

———————————————

EVERETT PEARSON,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D23-2020

———————————————

December 20, 2023

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit Court for Manatee County; Stephen Mathew Whyte, Judge.

PER CURIAM.

Affirmed.

SLEET, C.J., and SMITH and LABRIT, JJ., Concur.

———————————————

Opinion subject to revision prior to official publication.